IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-311-BO
NO. 5:15-CV-140-BO

| | |
|---|---|
| RODNEY FRANCIS SMITH,<br>Petitioner, | )<br>)<br>) |
| v. | )    ORDER |
| UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>) |

This cause is before the Court on petitioner's motion for leave to amend his motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. [DE 85]. Petitioner seeks to add a claim in light of the Supreme Court's decision in *Johnson v. United* States, which ruled that the residual clause of 18 U.S.C. § 924(e) was unconstitutionally vague. Petitioner argues that, following *Johnson*, his predicate conviction for carjacking no longer constitutes a crime of violence, thus his sentence under § 924(e) is unconstitutional.

For good cause shown and in the interest of justice, the Court allows petitioner to add this claim. Pursuant to 15-SO-2, the Office of the Federal Public Defender is appointed to assess the viability of petitioner's *Johnson* claim. The government is DIRECTED to file a response to petitioner's *Johnson* claim under within forty-five (45) days of this Order.

SO ORDERED this __21__ day of October, 2015.

*Terrence W. Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE