IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CR-311-BO
No. 5:15-CV-140-BO

RODNEY FRANCES SMITH,                    )
                        Petitioner,      )
                                         )        O R D E R
                                         )        LIFTING STAY
v.                                       )
                                         )
UNITED STATES OF AMERICA,                )
                        Respondent.      )


This cause comes before the Court *sua sponte* to lift the stay entered in this matter on

February 24, 2016. [DE 97]. The cases for which this case was stayed have been decided by the

Supreme Court, and the parties are DIRECTED to file a memorandum not later than April 27,

2018, addressing the application of the holdings in *Mathis v. United States*, 136 S. Ct. 2243 (2016),

and *Welch v. United States*, 136 S. Ct. 1257 (2016), to this case.


SO ORDERED, this _6_ day of April, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE